396 A.2d 45

Commonwealth v. Petito, Appellant.

Submitted June 12, 1978. Robert Lee Steinberg, Assistant Public Defender, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

HOFFMAN, J., did not participate in the consideration or decision of this case.